IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BETTY MANGUM**                                                                 **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:19-CV-219-CWR-LRA**

**MAGNOLIA HILL, LLC**                                                           **DEFENDANT**
*d/b/a Riverwalk Casino Hotel, LLC*

## ORDER

  Before this Court is Plaintiff Betty Mangum's Motion to Remand. Docket No. 9. The Complaint requested an unspecified amount of damages. Mangum submitted a post-removal affidavit stating the she was neither seeking nor would she accept a recovery in excess of $75,000. *See* Docket No. 15-1. "Post-removal affidavits are permitted so long as they clarify a complaint that previously left the jurisdictional question ambiguous." *Drinkard v. Murphy Oil USA, Inc.*, No. 3:14-CV-303-CWR-LRA, 2014 WL 10475642, at *1 (S.D. Miss. Oct. 21, 2014) (citations omitted). Defendant agrees that this matter should proceed in State court.

  Accordingly, the Court grants Mangum's Motion to Remand. The Clerk shall remand this matter to the Circuit Court of Warren County, Mississippi.

  **SO ORDERED**, this the 22nd day of August, 2019.

                s/ Carlton W. Reeves
                UNITED STATES DISTRICT JUDGE